254 So.2d 274

**STATE of Louisiana ex rel.
Howard ROBERTS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51889.**

Nov. 16, 1971.

In re: Howard Roberts applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

254 So.2d 274

**STATE of Louisiana**

**v.**

**William JONES.**

**No. 51890.**

Nov. 16, 1971.

In re: William Jones applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J. is of the opinion the writ should not be considered, not complying with the rules of court. This would allow the writ to be resubmitted with proper attachments.